364 P.2d 765

**Edward R. TORRES, Petitioner,**

**v.**

**Harold A. COX, Warden, New Mexico Penitentiary, Respondent.**

**No. 7043.**

Supreme Court of New Mexico.

Sept. 22, 1961.

COMPTON, Chief Justice, and CARMODY, MOISE, CHAVEZ and NOBLE, Justices, concurring.

Ordered that the request for free process be and the same is hereby granted, and the petition for writ of habeas corpus is denied for the reason that the petition fails to state facts warranting the issuance of said writ.